

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00020-CR

**RODERICK JOHNSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 31680CR

## MEMORANDUM OPINION

Roderick Johnson seeks to appeal the revocation of his community supervision for burglary of a habitation. The trial court's certification of the defendant's right to appeal states that "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(d). Based on this certification, the Clerk of this Court notified the parties that this appeal may be dismissed if no response was filed showing grounds for continuing the appeal. Additionally, the clerk's record contains a written waiver of appeal signed by

Johnson and his trial attorney and an order signed by the trial court "granting" the waiver of appeal.

No response has been filed to the Clerk's notice. There is nothing in the record to suggest that Johnson's waiver of appeal is invalid. *See Ogden v. State*, 134 S.W.3d 487, 487 (Tex. App.—Waco 2004, no pet.) (per curiam). Accordingly, we dismiss the appeal.

FELIPE REYNA
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed March 24, 2010
Do not publish
[CR25]